Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 27, 2026

**BY ECF & EMAIL**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: United States v. Carlos Dines-Reyes, 25-CR-492 (RA)**

Dear Judge Abrams,

The Defense writes to request a continuance of both the current sentencing date and the timetable for sentencing submissions outlined in the Court's Individual Practices. Additionally, the Defense requests an extension of the deadline for PSR objections and the second PSR disclosure.

The first disclosure of the PSR occurred on July 17, 2026. The deadline for the parties to raise objections to Probation under Rule 32(f)(1) is currently July 31, 2026. However, since July 19, 2026, undersigned counsel has been in Iowa for work-related travel and will not return until August 1, 2026, after the deadline for objections.

In order to afford Mr. Dine-Reyes the opportunity to review the first PSR with counsel and the assistance of interpreter, undersigned counsel requests a two-week adjournment of the PSR objections deadline and the second disclosure. Specifically, the Defense proposes:

Parties' objections due 8/14/26
Second disclosure due 9/11/26

Additionally, the Defense seeks an adjournment of the present sentencing date to afford the opportunity to prepare a Defense sentencing submission after the final PSR disclosure has been received.

Undersigned counsel has communicated these requests with the government and they do not object.

Both parties are available for sentencing on the following dates: 9/30, 10/1, 10/5, 10/7, 10/8, 10/9.

The Court approves of the proposed deadline for PSR objections and the second disclosure. The sentencing is adjourned to October 8, 2026 at 11:30 a.m. Defendant's sentencing submission is due two weeks prior to sentencing and the Government's sentencing submission is due one week prior to sentencing.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 28, 2026

Respectfully submitted,

<u>/s/ Mitchell Schwartz</u>
Mitchell Schwartz
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007