**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 21, 2026

Application granted. The conference scheduled for tomorrow will be joint, at which time the Court will address the disputed disclosure deadline.

SO ORDERED.

United States District Judge
October 21, 2026

**By ECF and EMAIL**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *United States v. Abreu*, S1 25 Cr. 492 (RA)**

Dear Judge Abrams:

The Government respectfully writes jointly with counsel for defendant Euclides Abreu, and with the consent of counsel for defendant Ana Urena Capellan, to request that the Court convert the October 22, 2026 status conference for Capellan into a joint status conference for both defendants to establish respective pretrial and trial schedules.

Abreu's trial is scheduled to begin on November 30, 2026. The Government and Abreu disagree on only one proposed pretrial deadline: the Government proposes November 23 for its Section 3500 and *Giglio* disclosures, while Abreu proposes November 16. The joint conference would also provide an opportunity for the Court to address any questions concerning Abreu's pending discovery motions. (*See* Dkts. 96-98).

Apart from the disputed disclosure deadline, the Government and counsel for Abreu respectfully request that the Court adopt the following proposed pretrial schedule, arranged chronologically:

| Pretrial Event or Submission | Proposed Deadline |
| --- | --- |
| Expert Disclosures[1] | Friday, October 30, 2026 |
| Motions in limine | Monday, November 16, 2026 |
| Rule 404(b) notice | Monday, November 16, 2026 |
| Government's marked exhibits | Friday, November 20, 2026 |
| Proposed voir dire, requests to charge, and proposed verdict sheet | Monday, November 23, 2026 |
| Opposition to motions in limine | Monday, November 23, 2026 |
| Government's 3500 and *Giglio* materials | Monday, November 16 or 23, 2026 |

[1] Although the proposed deadline for expert disclosures falls after the deadline prescribed by Local Criminal Rule 16.2, the parties consent to the extended deadline in light of their previous plea discussions. The Government presently anticipates that its only expert disclosure will concern a Spanish-language interpreter.

| | |
|---|---|
| Defendant's objections to Government's marked exhibits | Monday, November 23, 2026 |
| Government's witness list | Tuesday, November 24, 2026 |
| Final Pretrial Conference | Tuesday, November 24, 2026 |
| Jury selection and trial | Monday, November 30, 2026 |

Very truly yours,

JAMES M. MCDONALD
United States Attorney

by: /s/____________________________
Jared D. Hoffman
Assistant United States Attorney
(212) 637-1060

cc: César de Castro, Esq. (by ECF and Email)
Glenn Garber, Esq. (by ECF and Email)