UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

EUCLIDES ABREU,

Defendant.

No. S1 25-CR-492

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, the parties shall be prepared to try this case on January 11, 2027. No later than December 14, 2026, any *in limine* motions shall be filed, along with proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any oppositions to those materials shall be filed no later than December 21, 2026. A final pretrial conference is scheduled for January 7, 2027, at 2:30 p.m.

Time is excluded until January 11, 2027, pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Dated: October 29, 2026
New York, New York

Ronnie Abrams
United States District Judge