**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x

UNITED STATES OF AMERICA

-against-

Euclides Abreu

---------------------------------------x

**ORDER**

25 Cr. 492-02 (RA)
Docket #

Ronnie Abrams, **DISTRICT JUDGE:**
Judge's Name

The C.J.A. attorney assigned to this case Glenn Andrew Garber is hereby ordered substituted
Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to Marc L. Greenwald, NUNC-PRO-TUNC 11/18/2026.
Attorney's Name

**SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

November 18, 2026
**Dated: New York, New York**